UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| ANTONIO PELT § § *Plaintiff,* § § v. § § FIRST COLLECTION SERVICES; § ONLINE INFORMATION § SERVICES, INC.; ABC CORPS I-X, § § *Defendants.* § | | CASE NO. |

### DEFENDANT ONLINE INFORMATION SERVICES, INC.'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Online Information Services, Inc. ("OIS") hereby removes the subject action from the 240th District Court for Fort Bend County, Texas, to the United States District Court for the Southern District of Texas, on the following grounds:

1. Plaintiff Antonio Pelt instituted an action in the 240th District Court for Fort Bend County, Texas, on February 25, 2021. Copies of the Complaint and OIS' answer are attached hereto as Exhibit A.

2. OIS was served on March 1, 2021. Therefore, removal is timely.

3. Plaintiff's Complaint alleges a violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA").

4. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. §1331, since there is a federal question. This suit falls within the FDCPA which thus supplies the federal question.

5. Pursuant to 28 U.S.C. §1441, et seq., this cause may be removed from the 240th District Court for Fort Bend County, Texas, to the United States District Court for the Southern District of Texas.

6. Notice of this removal will promptly be filed with the 240th District Court for Fort

Bend County, Texas and be served on all adverse parties.

7. Pursuant to 28 U.S.C. §1446(a), copies of all process, pleadings, orders and other papers filed in this action and obtained by Defendant are attached hereto and marked as composite **Exhibit A** and incorporated herein by reference.

8. A jury demand was not made in state court.

9. Defendant First Collection Services has consented to removal.

WHEREFORE, Defendant Online Information Services, Inc., by counsel, removes the subject action from the 240th District Court for Fort Bend County, Texas to the United States District Court for the Southern District of Texas.

Dated: March 25, 2021.                    Respectfully submitted,

**MALONE FROST MARTIN PLLC**

*/s/Xerxes Martin*
ROBBIE MALONE
State Bar No. 12876450
Email: rmalone@mamlaw.com
EUGENE XERXES MARTIN, IV
State Bar No. 24078928
Email: xmartin@mamlaw.com
MARISSA L. BOULANGER
State Bar No. 24100912
Email: mboulanger@mamlaw.com
**MALONE FROST MARTIN PLLC**
NorthPark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
T: 214-346-2630 | F: 214-346-2631

**COUNSEL FOR DEFENDANT
ONLINE INFORMATION SERVICES, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing has been forwarded via **CM/ECF**, on this 25th day of March, 2021, to the following recipients:

**Chris R. Miltenberger**
1360 N. White Chapel, Suite 200
Southlake, Texas 76092
Tel: 817-416-5060
Fax: 817-416-5062
chris@crmlawpractice.com

                                          */s/ Xerxes Martin*
                                          EUGENE XERXES MARTIN, IV